UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALETHA L. CLINCY,

                Plaintiff,

-vs-                                                Case No. 6:07-cv-226-Orl-28DAB

OCE NORTH AMERICA, INC., ANDREW
GROSS,

                Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 4) filed March 2, 2007 and Motion to Amend/Correct Complaint (Doc. N0. 6) filed March 2, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Defendant Oce North America, Inc., the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 13, 2007 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Amend/Correct Complaint is **GRANTED**.

3.      Plaintiff's Motion to Remand is **GRANTED.** The Clerk is directed to remand this case to the Eighteenth Judicial Circuit, Brevard County, Florida, case number 05-2006-CA-60382 and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of May, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party